IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROADMOOR VILLA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-12-819 |
| | § | |
| AMERICAN CREST, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation and the Defendants' objections thereto. The court concludes that the Memorandum and Recommendation should be adopted.

Accordingly, the Memorandum and Recommendation is **ADOPTED**. Plaintiff's motion for leave to amend its complaint, Doc. 22, is **GRANTED**, and this case will be **DISMISSED** by separate order. The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this 20th day of September, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE