IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROADMOOR VILLA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-12-819 |
| | § | |
| AMERICAN CREST, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

In conformity with the Memorandum and Recommendation, Doc. 42, and the Order Adopting Memorandum and Recommendation entered this date, this action is **DISMISSED** for lack of subject matter jurisdiction.

**SIGNED** this 20th day of September, 2012, in Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE